IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TODD WHITE, | ) |
| Plaintiff, | ) NO. 3:10-00863 |
| | ) JUDGE HAYNES |
| v. | ) |
| RICKY BELL, *et al.* | ) |
| Defendants. | ) |

## ORDER

Based upon the plaintiff's notice of voluntary dismissal of all claims against defendant Stephen G. Rayno (Docket Entry No. 124), this action is **DISMISSED without prejudice** as to defendant Stephen G. Rayno.

It is so **ORDERED**.

**ENTERED** this the 11th day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge