UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TODD WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3-10-0863 |
| ) | Chief Judge Haynes |
| RICKY BELL, ) | |
| JOEL RADER, JR., ) | |
| JOSHUA MCCALL, ) | |
| BRYAN B. BALDWIN, ) | |
| GREGORY GARNER, ) | |
| GAELAN DOSS, ) | |
| SEAN STEWART, and ) | |
| JAMES BOSSOW, ) | |
| ) | |
| Defendants. ) | |

## VERDICT

### A. Defendant Bryan Baldwin

1.  Do you find that the defendant, Bryan Baldwin, violated the plaintiff Todd White's Eighth Amendment right to be free from the use of excessive force?

    yes _____  no ✓_____

    If you answered "yes," please answer question 1a. If you answered "no," please proceed to Section B.

    1a. Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the violation of the plaintiff Todd White's Eighth Amendment right by the defendant, Bryan Baldwin?

    yes _____  no _____

    If you answered "yes," please answer question 1b. If you answered "no," please proceed to Section B.

1b. If you answered "yes" to Question 1a, please state the amount of damages you assess for the plaintiff and against the defendant, Bryan Baldwin.

$ _____

1c. If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do you find that the plaintiff has established his right to an award of punitive damages against the defendant, Bryan Baldwin?

yes _____ no _____

If you answered Question 1c "yes," what amount of punitive damages do you award to the plaintiff against the defendant, Bryan Baldwin? If you answered "no," please proceed to Section B.

$ _____

### B. Defendant Joel Rader, Jr.

1. Do you find that the defendant, Joel Rader, Jr., violated the plaintiff Todd White's Eighth Amendment right to be free from the use of excessive force?

yes _____ no ___✓_____

If you answered "yes," please answer question 1a. If you answered "no," please proceed to Section C.

1a. Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the violation of the plaintiff Todd White's Eighth Amendment right by the defendant, Joel Rader, Jr.?

yes _____ no _____

If you answered "yes," please answer question 1b. If you answered "no," please proceed to Section C.

1b. If you answered "yes" to Question 1a, please state the amount of damages you assess for the plaintiff and against the defendant, Joel Rader, Jr.

$ _____

1c. If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do you find that the plaintiff has established his right to an award of punitive damages against the defendant, Joel Rader, Jr.?

yes _____ no _____

If you answered Question 1c "yes," what amount of punitive damages do you award to the plaintiff against the defendant, Joel Rader, Jr.? If you answered "no," please proceed to Section C.

$ _____

### C. Defendant Joshua McCall

1. Do you find that the defendant, Joshua McCall, violated the plaintiff Todd White's Eighth Amendment right to be free from the use of excessive force?

yes _____ no ✓

If you answered "yes," please answer question 1a. If you answered "no," please proceed to Section D.

1a. Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the violation of the plaintiff Todd White's Eighth Amendment right by the defendant, Joshua McCall?

yes _____ no _____

If you answered "yes," please answer question 1b. If you answered "no," please proceed to Section D.

3

Case 3:10-cv-00863   Document 265   Filed 09/27/13   Page 3 of 9 PageID #: 2097

1b.  If you answered "yes" to Question 1a, please state the amount of damages you assess for the plaintiff and against the defendant, Joshua McCall.

$ _____

1c.  If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do you find that the plaintiff has established his right to an award of punitive damages against the defendant, Joshua McCall?

yes _____  no _____

If you answered Question 1c "yes," what amount of punitive damages do you award to the plaintiff against the defendant, Joshua McCall? If you answered "no," please proceed to Section D.

$ _____

### D. Defendant Gregory Garner

1.  Do you find that the defendant, Gregory Garner, violated the plaintiff Todd White's Eighth Amendment right to be free from the use of excessive force?

yes _____  no ✓

If you answered "yes," please answer question 1a. If you answered "no," please proceed to Section E.

1a. Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the violation of the plaintiff Todd White's Eighth Amendment right by the defendant, Gregory Garner?

yes _____  no _____

If you answered "yes," please answer question 1b. If you answered "no," please proceed to Section E.

4

1b. If you answered "yes" to Question 1a, please state the amount of damages you assess for the plaintiff and against the defendant, Gregory Garner.

$ _____

1c. If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do you find that plaintiff has established his right to an award of punitive damages against the defendant, Gregory Garner?

yes _____ no _____

If you answered Question 1c "yes," what amount of punitive damages do you award to the plaintiff against the defendant, Gregory Garner? If you answered "no," please proceed to Section E.

$ _____

### E. Defendant Gaelan Doss

1. Do you find that the defendant, Gaelan Doss, violated the plaintiff Todd White's Eighth Amendment right to be free from the use of excessive force?

yes _____ no ✓

If you answered "yes," please answer question 1a. If you answered "no," please proceed to Section F.

1a. Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the violation of the plaintiff Todd White's Eighth Amendment right by the defendant, Gaelan Doss?

yes _____ no _____

If you answered "yes," please answer question 1b. If you answered "no," please proceed to Section F.

1b. If you answered "yes" to Question 1a, please state the amount of damages you assess for the plaintiff and against the defendant, Gaelan Doss.

$ _____

1c. If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do you find that the plaintiff has established his right to an award of punitive damages against the defendant, Gaelan Doss?

yes _____ no _____

If you answered Question 1c "yes," what amount of punitive damages do you award to the plaintiff against the defendant, Gaelan Doss? If you answered "no," please proceed to Section F.

$ _____

### F. Defendant Sean Stewart

1. Do you find that the defendant, Sean Stewart, violated the plaintiff Todd White's Eighth Amendment right to be free from the use of excessive force?

yes _____ no ✓

If you answered "yes," please answer question 1a. If you answered "no," please proceed to Section G.

1a. Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the violation of the plaintiff Todd White's Eighth Amendment right by the defendant, Sean Stewart?

yes _____ no _____

If you answered "yes," please answer question 1b. If you answered "no," please proceed to Section G.

6

1b. If you answered "yes" to Question 1a, please state the amount of damages you assess for the plaintiff and against the defendant, Sean Stewart.

$ _____

1c. If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do you find that the plaintiff has established his right to an award of punitive damages against the defendant, Sean Stewart?

yes _____ no _____

If you answered Question 1c "yes," what amount of punitive damages do you award to the plaintiff against the defendant, Sean Stewart? If you answered "no," please proceed to Section G.

$ _____

### G. Defendant James Bossow

1. Do you find that the defendant, James Bossow, violated the plaintiff Todd White's Eighth Amendment right to be free from the use of excessive force?

yes _____ no ___✓___

If you answered "yes," please answer question 1a. If you answered "no," please proceed to Section H.

1a. Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the violation of the plaintiff Todd White's Eighth Amendment right by the defendant, James Bossow?

yes _____ no _____

If you answered "yes," please answer question 1b. If you answered "no," please proceed to Section H.

7

1b.  If you answered "yes" to Question 1a, please state the amount of damages you assess for the plaintiff and against the defendant, James Bossow.

$ _____

1c.  If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do you find that the plaintiff has established his right to an award of punitive damages against the defendant, James Bossow?

yes _____ no _____

If you answered Question 1c "yes," what amount of punitive damages do you award to the plaintiff against the defendant, James Bossow? If you answered "no," please proceed to Section H.

$ _____

### H. Ricky Bell

1.  If you found that any defendant did violate Todd White's constitutional rights, do you find that the training of the correction officers was so inadequate as to amount to deliberate indifference to the rights of persons with whom the correction officers would come in contact with, in this case Todd White, and if so, whether such can fairly be said to have violated Todd White's constitutional rights?

yes _____ no __✓_____

If you answered "yes," please answer question 1a. If you answered "no," please proceed no further. Sign this form and return it to the Court.

1a. Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the violation of his Eighth Amendment rights by the defendant, Ricky Bell?

yes _____ no _____

If you answered "yes," please answer question 1b. If you answered "no," please proceed no further. Sign this form and return it to the Court.

1b. If you answered "yes" to Question 1a, please state the amount of damages you assess for the plaintiff and against the defendant, Ricky Bell.

$ _____

1c. If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do you find that the plaintiff has established his right to an award of punitive damages against the defendant, Ricky Bell?

yes _____ no _____

If you answered Question 1c "yes," what amount of punitive damages do you award to the plaintiff against the defendant, Ricky Bell?

$ _____

Foreperson              9-27-2013
                        Date

9