UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TODD WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-00863 |
| ) | Chief Judge Haynes |
| ) | |
| RICKY BELL, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for new trial (Docket Entry No. 271) is **GRANTED** as to Plaintiff's claim that Defendants McCall, Doss and/or Stewart committed excessive force by pushing Plaintiff's head into the wall in violation of the Eighth Amendment, but is otherwise **DENIED** as to Defendants Rader, Bossow, Baldwin and Bell.

It is so **ORDERED**.

ENTERED this 30th day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court