# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **TODD WHITE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3-10-0863** |
| | ) | **Senior Judge Haynes** |
| **JOSHUA MCCALL,** | ) | |
| **GAELAN DOSS, and** | ) | |
| **SEAN STEWART,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## VERDICT

### A. Defendant Joshua McCall

1.      Do you find that the defendant, Joshua McCall, violated the plaintiff Todd White's Eighth Amendment right to be free from the use of excessive force by pushing the plaintiff Todd White's head into his prison cell wall?

yes __X__ no _____

If you answered "yes," please answer question 1a. If you answered "no," please proceed to Section B.

1a. Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the violation of the plaintiff Todd White's Eighth Amendment right by the defendant, Joshua McCall?

yes __X__ no _____

If you answered "yes," please answer question 1b. If you answered "no," please proceed to Section B.

1b.    If you answered "yes" to Question 1a, please state the amount of damages you assess

for the plaintiff and against the defendant, Joshua McCall.

$ __30,000__

1c.    If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do

you find that the plaintiff has established his right to an award of punitive damages

against the defendant, Joshua McCall?

yes _____ no __X__

If you answered Question 1c "yes," what amount of punitive damages do you award to the

plaintiff against the defendant, Joshua McCall? If you answered "no," please proceed to

Section B.

$_____

**B. Defendant Gaelan Doss**

1.    Do you find that the defendant, Gaelan Doss, violated the plaintiff Todd White's Eighth

Amendment right to be free from the use of excessive force by pushing the plaintiff Todd

White's head into his prison cell wall?

yes __X__ no _____

If you answered "yes," please answer question 1a. If you answered "no," please proceed to

Section C.

1a.  Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the

violation of the plaintiff Todd White's Eighth Amendment right by the defendant, Gaelan Doss?

yes __X__ no _____

2

If you answered "yes," please answer question 1b. If you answered "no," please proceed to

Section C.

    1b.    If you answered "yes" to Question 1a, please state the amount of damages you assess

for the plaintiff and against the defendant, Gaelan Doss.

$ __15,000__

    1c.    If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do

you find that the plaintiff has established his right to an award of punitive damages

against the defendant, Gaelan Doss?

yes _____ no __X__

If you answered Question 1c "yes," what amount of punitive damages do you award to the

plaintiff against the defendant, Gaelan Doss? If you answered "no," please proceed to Section

C.

$_____

## C. Defendant Sean Stewart

1.    Do you find that the defendant, Sean Stewart, violated the plaintiff Todd White's Eighth

Amendment right to be free from the use of excessive force by pushing the plaintiff Todd

White's head into his prison cell wall?

yes __X__ no _____

If you answered "yes," please answer question 1a. If you answered "no," please proceed no

further. Sign this form and return it to the Court.

3

1a.  Do you find that the plaintiff is entitled to compensatory (or nominal) damages for the violation of the plaintiff Todd White's Eighth Amendment right by the defendant, Sean Stewart?

yes ___X___ no _____

If you answered "yes," please answer question 1b.  If you answered "no," please proceed no further.  Sign this form and return it to the Court.

1b.  If you answered "yes" to Question 1a, please state the amount of damages you assess for the plaintiff and against the defendant, Sean Stewart.

$ ___15,000___

1c.  If you awarded compensatory or nominal damages to the plaintiff in Question 1b, do you find that the plaintiff has established his right to an award of punitive damages against the defendant, Sean Stewart?

yes _____ no ___X___

If you answered Question 1c "yes," what amount of punitive damages do you award to the plaintiff against the defendant, Sean Stewart? If you answered "no," please sign this form and return it to the Court.

$_____

_____        ___2015-01-21___
Foreperson                                      Date

4