IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TODD WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3-10-0863 |
| | ) Senior Judge Haynes |
| JOSHUA MCCALL, GAELAN DOSS, and SEAN STEWART, | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

In accordance with the jury's verdict, Plaintiff Todd White is **AWARDED** thirty thousand dollars ($30,000) in compensatory damages against the Defendant Joshua McCall for violation of Plaintiff's Eighth Amendment rights. Plaintiff is **AWARDED** fifteen thousand dollars ($15,000) in compensatory damages against the Defendant Gaelan Doss for violation of Plaintiff's Eighth Amendment rights. Plaintiff is further **AWARDED** fifteen thousand dollars ($15,000) in compensatory damages against the Defendant Sean Stewart for violation of Plaintiff's Eighth Amendment rights.

It is so **ORDERED**.

ENTERED this the 21st day of January, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge